JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CLAREMONT; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-00639-VAP-DTB<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 12, 2016

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE